UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
WAGNER, JOHN M                        §         Case No. 08-17802
                                      §
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/03/2011 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/29/2011            By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WAGNER, JOHN M § Case No. 08-17802
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,980.52 |
| and approved disbursements of | $ | 16.87 |
| leaving a balance on hand of[1] | $ | 8,963.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,648.04 | $ 0.00 | $ 1,648.04 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,648.04 |
| Remaining Balance | $ 7,315.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,924.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Keystone Automotive | $ 436.51 | $ 0.00 | $ 22.99 |
| 000002 | FirstBank Of Tech Center | $ 5,525.55 | $ 0.00 | $ 290.97 |
| 000003 | Citywide Banks | $ 75,602.50 | $ 0.00 | $ 3,981.14 |
| 000004 | City & County of Denver | $ 2,571.32 | $ 0.00 | $ 135.40 |
| 000006 | Discover Bank/DFS Services LLC | $ 1,432.70 | $ 0.00 | $ 75.44 |
| 000007 | City And County Of Denver | $ 42,301.90 | $ 0.00 | $ 2,227.57 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 11,054.27 | $ 0.00 | $ 582.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,315.61 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                       Case No. 08-17802-JHS
JOHN M WAGNER                                                Chapter 7
      Debtor                   CERTIFICATE OF NOTICE

District/off: 0752-1        User: mgonzalez         Page 1 of 2         Date Rcvd: May 02, 2011
                            Form ID: pdf006         Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2011.
db           +JOHN M WAGNER,    1140 CRYSTAL AVE.,    DOWNERS GROVE, IL 60516-3348
aty          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
               Chicago, IL 60625-5104
aty          +John K. Kneafsey,    Nisen & Elliott LLC,    200 West Adams Street,    #2500,
               Chicago, IL 60606-5283
aty          +The Helms Law Firm Pc,    The Helms Law Firm Pc,    3400 W Lawarence Ave,    Chicago, IL 60625-5104
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
12429481      Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
12429482     +Broadway Park West,    2601 S. Lemay,    Suite 7-424,    Fort Collins, CO 80525-2295
12429484      Citi Cards,    P. O. Box 688908,    Des Moines, IA 50368-8908
12429483      Citi Cards,    Box 6000,   The Lakes, NV 89163-6000
13072048      City And County Of Denver,    Off. Economic Dvlpmt,    201 West Colfax Ave,    Department 204,
               Denver, CO 80202-5330
12429488     +Citywide Banks,    c/o David Silverman,    Silverman Law Firm, P.C.,
               13111 East Briarwood Ave., Suite 340,    Englewood, CO 80112-3913
12429487      Citywide Banks,    P. O. Box 128,    Aurora, CO 80040-0128
12429490      Eschelon Telecom, Inc.,    Dept. 1966,    Denver, CO 80271-1966
12429492     +First Equity Card,    c/o Farrell & Seldin,    7807 E. Peakview Ave.,    Suite 410,
               Centennial, CO 80111-6849
12527650     +FirstBank Of Tech Center,    5105 S DTC Parkway,    Greenwood Village, CO 80111-2610
12429495     +Keystone Auto Operations, Inc.,    c/o Commercial Claims, Inc.,    1901 Park Drive,
               P. O. Box 1315,    Kansas City, KS 66102-4836
12514346     +Keystone Automotive,    44 Tunkhannock Ave.,    Exeter, PA 18643-1299
12429496     +Metrum Community Credit Union,    6980 S. Holly Circle,    Centennial, CO 80112-1018
12429498     +Premier Coatings,    1921 W. Yale Ave.,    Unit C,    Englewood, CO 80110-1179
12429499      Qwest Communications,    c/o West Asset Management,    P. O. Box 105812, Payment Processing,
               Atlanta, GA 30348-5812
12429493     +Rick Bruno,    Senior Vice President,    FirstBank of Tech Center,    5105 DTC Parkway,
               Greenwood Village, CO 80111-2610
12429485     +Rick Snyder, Sr. Economic Development Specialist,    City & County of Denver,
               Off. Economic Dvlpmnt., Div. Business Dv,    201 West Colfax Avenue,    Department 204,
               Denver, CO 80202-5330
12429500     +Securnet, Inc.,    4934 N. Bayou Hills Road,    Parker, CO 80134-5156
12429501      UMB Bank Colorado,    P. O. Box 80217-0187,    Denver, CO 80217-0187
12429502      Wells Fargo,    P. O. Box 60510,   Los Angeles, CA 90060-0510
12429503     +Xcel Energy,    c/o The Affiliated Group, Inc.,    P. O. Box 7739,    Rochester, MN 55903-7739
12429504      Xcel Energy,    c/o The Affiliated Group, Inc.,    3055 41st St. SW, Suite 100,
               Rochester, MN 55901
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12429489      E-mail/PDF: mrdiscen@discoverfinancial.com May 03 2011 00:58:41      Discover Card,
               P. O. Box 30395,    Salt Lake City, UT 84130-0395
13008696      E-mail/PDF: mrdiscen@discoverfinancial.com May 03 2011 00:58:41
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
13555217      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 03 2011 00:58:24
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK 73124-8809
12429494     +E-mail/Text: jbellanca@key-stone.com May 03 2011 00:12:45      Keystone Auto Operations, Inc.,
               44 Tunkhannock Ave.,    Exeter, PA 18643-1299
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12429479       SERVICE LIST
12429497*     +Metrum Community Credit Union,    6980 S. Holly Circle,    Centennial, CO 80112-1018
12429480      ##Bank of America,    P. O. Box 37279,    Baltimore, MD 21297-3279
12429486     ##+City & County of Denver,    Treasury Division,    144 West Colfax Avenue,    Denver, CO 80202-5391
12429491      ##Eschelon Telecom, Inc.,    730 Second Avenue South,    Suite 900,   Minneapolis, MN 55402-2489
                                                                                   TOTALS: 1, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
 District/off: 0752-1           User: mgonzalez             Page 2 of 2              Date Rcvd: May 02, 2011
                                Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2011**                    **Signature:**    *Joseph Speetjens*